## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

RONALD JOSEPH CLINTON,                    Civil No. 11-1870 (JRT/JSM)

              Plaintiff,

v.                                                            **ORDER ADOPTING REPORT
                                                                    AND RECOMMENDATION**

MICHAEL J. ASTRUE,

              Defendant.
_____

Ronald Joseph Clinton, 3625 East 43rd Street, Apartment 508, Minneapolis, MN 55406, pro se plaintiff.

David Fuller, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron, dated August 13, 2012 [Docket No. 17]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment [Docket No. 9] is **DENIED**; and

2. Defendant's Motion for Summary Judgment [Docket No. 14] is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 30, 2012
at Minneapolis, Minnesota                           s/John R. Tunheim
                                                    JOHN R. TUNHEIM
                                            United States District Judge